UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TAIWAN ALLEN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES DANIELS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:21-CV-00524-CLB<br><br>**ORDER STRIKING FORMAL OBJECTION TO DISCOVERY RESPONSES**<br><br>[ECF No. 27] |

Currently pending before the Court is a document entitled "Formal Objection to Responses Provided by Michael Minev and Notice of Refusal to Participate in Discovery" filed by Plaintiff Taiwan Allen ("Allen") (ECF No. 27). For the reasons stated below, the filing, (ECF No. 27), is stricken.

On October 13, 2021, the Court entered General Order No. 2021-05 ("GO 2021-05"), which sets forth certain requirements and limitations for filings in *pro se* inmate civil rights cases. Allen's filing violates GO 2021-05 as it an improper "notice" to the Court. GO 2021-05 § 3(d). Additionally, Allen's filing relates to discovery and as such must follow the Federal Rules of Civil Procedure and the Court's Local Rules. Allen is reminded that prior to filing a motion regarding a discovery dispute, the moving party must properly meet and confer pursuant to Fed. R. Civ. P. 37(a)(1), LR 26-6(c), and LR IA1-3(f) and must provide a declaration detailing the efforts to meet and confer prior to filing the motion. The motion must set forth in full the text of the discovery originally sought and any responses to it. LR 26-6(b). Finally, the motion must also contain a points and authorities in support of the motion. LR 7-2(d). The filing does not include any of these items and is thus improper.

Accordingly, the filing, (ECF No. 27), is **STRICKEN**.

**IT IS SO ORDERED.**

**DATED**: March 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE